IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | : : | |
| v. | : : | |
| CERTAIN DEFENDANTS | : : : | Transferred from the Districts of New Hampshire, Maine and Massachusetts |

FILED
SEP 24 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

**AND NOW**, the **23rd** day of **September, 2010**, it is hereby **ORDERED** that all claims against all viable defendants listed in "Exhibit A" attached are **DISMISSED** and the case is transferred to the "Bankruptcy Only" docket.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

# Exhibit "A"

| Docket Number | Plaintiff | Date Filed | COURT |
|---|---|---|---|
| 2:07-CV-60256-ER | GRAHAM, JOHN J--EST | 9/15/1995 | Maine |
| 2:07-CV-60256-ER | GRAHAM, JOHN J--EST | 9/15/1995 | Maine |
| 2:07-CV-60256-ER | GRAHAM, JOHN J--EST | 9/15/1995 | Maine |
| 2:07-CV-60256-ER | GRAHAM, JOHN J--EST | 9/15/1995 | Maine |
| 2:07-CV-60256-ER | GRAHAM, JOHN J--EST | 9/15/1995 | Maine |
| 2:07-CV-60279-ER | TURGEON, CONRAD --EST | 9/17/1997 | Maine |
| 2:07-CV-60279-ER | TURGEON, CONRAD --EST | 9/17/1997 | Maine |
| 2:07-CV-60279-ER | TURGEON, CONRAD --EST | 9/17/1997 | Maine |
| 2:07-CV-60279-ER | TURGEON, CONRAD --EST | 9/17/1997 | Maine |
| 2:07-CV-60279-ER | TURGEON, CONRAD --EST | 9/17/1997 | Maine |
| 2:07-CV-63423-ER | GOETZ, MADELINE A--EST | 3/29/1988 | New Hampshire |
| 2:07-CV-63423-ER | GOETZ, MADELINE A--EST | 3/29/1988 | New Hampshire |
| 2:07-CV-63423-ER | GOETZ, MADELINE A--EST | 3/29/1988 | New Hampshire |
| 2:07-CV-63423-ER | GOETZ, MADELINE A--EST | 3/29/1988 | New Hampshire |
| 2:07-CV-63423-ER | GOETZ, MADELINE A--EST | 3/29/1988 | New Hampshire |
| 2:07-CV-63424-ER | DEFILIPPO, LEOPOLDO | 5/10/1988 | New Hampshire |
| 2:07-CV-63424-ER | DEFILIPPO, LEOPOLDO | 5/10/1988 | New Hampshire |
| 2:07-CV-63424-ER | DEFILIPPO, LEOPOLDO | 5/10/1988 | New Hampshire |
| 2:07-CV-63424-ER | DEFILIPPO, LEOPOLDO | 5/10/1988 | New Hampshire |
| 2:07-CV-63424-ER | DEFILIPPO, LEOPOLDO | 5/10/1988 | New Hampshire |
| 2:07-CV-63424-ER | DEFILIPPO, LEOPOLDO | 5/10/1988 | New Hampshire |
| 2:07-CV-63425-ER | MCILVENE, DAVID W--EST | 5/10/1988 | New Hampshire |
| 2:07-CV-63426-ER | O'KEEFE, JOHN E--EST | 5/11/1988 | New Hampshire |
| 2:07-CV-63427-ER | GRADY, ROBERT | 5/10/1988 | New Hampshire |
| 2:07-CV-63428-ER | BORETTI SR, JOHN F--EST | 5/10/1988 | New Hampshire |
| 2:07-CV-63429-ER | SHUTE, CHARLES | 5/10/1988 | New Hampshire |
| 2:07-CV-63436-ER | WEEKS, MERRITT | 9/18/1989 | New Hampshire |
| 2:07-CV-63436-ER | WEEKS, MERRITT | 9/18/1989 | New Hampshire |
| 2:07-CV-63436-ER | WEEKS, MERRITT | 9/18/1989 | New Hampshire |
| 2:07-CV-63436-ER | WEEKS, MERRITT | 9/18/1989 | New Hampshire |
| 2:07-CV-63437-ER | ADAMS, DENNIS E | 10/6/1989 | New Hampshire |
| 2:07-CV-63437-ER | ADAMS, DENNIS E | 10/6/1989 | New Hampshire |
| 2:07-CV-63437-ER | ADAMS, DENNIS E | 10/6/1989 | New Hampshire |
| 2:07-CV-63437-ER | ADAMS, DENNIS E | 10/6/1989 | New Hampshire |
| 2:07-CV-63437-ER | ADAMS, DENNIS E | 10/6/1989 | New Hampshire |
| 2:07-CV-63440-ER | BEAUDOIN, JOSEPH R--EST | 1/23/1990 | New Hampshire |
| 2:07-CV-63440-ER | BEAUDOIN, JOSEPH R--EST | 1/23/1990 | New Hampshire |
| 2:07-CV-63440-ER | BEAUDOIN, JOSEPH R--EST | 1/23/1990 | New Hampshire |
| 2:07-CV-63440-ER | BEAUDOIN, JOSEPH R--EST | 1/23/1990 | New Hampshire |
| 2:07-CV-63443-ER | LANDRY, NORMAN H--EST | 5/27/2003 | New Hampshire |
| 2:07-CV-63443-ER | LANDRY, NORMAN H--EST | 5/27/2003 | New Hampshire |
| 2:07-CV-63444-ER | ST LAURENT, ROBERT --EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63444-ER | ST LAURENT, ROBERT --EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63444-ER | ST LAURENT, ROBERT --EST | 1/18/1990 | New Hampshire |

| Case Number | Name | Date | State |
|---|---|---|---|
| 2:07-CV-63444-ER | ST LAURENT, ROBERT --EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63444-ER | ST LAURENT, ROBERT --EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63444-ER | ST LAURENT, ROBERT --EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63444-ER | ST LAURENT, ROBERT --EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63445-ER | PHANEUF, HENRY R--EST | 12/17/1992 | New Hampshire |
| 2:07-CV-63445-ER | PHANEUF, HENRY R--EST | 12/17/1992 | New Hampshire |
| 2:07-CV-63445-ER | PHANEUF, HENRY R--EST | 12/17/1992 | New Hampshire |
| 2:07-CV-63445-ER | PHANEUF, HENRY R--EST | 12/17/1992 | New Hampshire |
| 2:07-CV-63446-ER | REED, LESLIE | 3/28/1990 | New Hampshire |
| 2:07-CV-63446-ER | REED, LESLIE | 3/28/1990 | New Hampshire |
| 2:07-CV-63446-ER | REED, LESLIE | 3/28/1990 | New Hampshire |
| 2:07-CV-63446-ER | REED, LESLIE | 3/28/1990 | New Hampshire |
| 2:07-CV-63446-ER | REED, LESLIE | 3/28/1990 | New Hampshire |
| 2:07-CV-63446-ER | REED, LESLIE | 3/28/1990 | New Hampshire |
| 2:07-CV-63446-ER | REED, LESLIE | 3/28/1990 | New Hampshire |
| 2:07-CV-63447-ER | SHAW, CHARLES E | 3/27/1990 | New Hampshire |
| 2:07-CV-63447-ER | SHAW, CHARLES E | 3/27/1990 | New Hampshire |
| 2:07-CV-63447-ER | SHAW, CHARLES E | 3/27/1990 | New Hampshire |
| 2:07-CV-63447-ER | SHAW, CHARLES E | 3/27/1990 | New Hampshire |
| 2:07-CV-63447-ER | SHAW, CHARLES E | 3/27/1990 | New Hampshire |
| 2:07-CV-63447-ER | SHAW, CHARLES E | 3/27/1990 | New Hampshire |
| 2:07-CV-63448-ER | DELUCA, SALVATORE F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63448-ER | DELUCA, SALVATORE F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63448-ER | DELUCA, SALVATORE F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63448-ER | DELUCA, SALVATORE F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63448-ER | DELUCA, SALVATORE F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63448-ER | DELUCA, SALVATORE F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63448-ER | DELUCA, SALVATORE F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63450-ER | BEE, RICHARD L--EST | 6/27/1990 | New Hampshire |
| 2:07-CV-63450-ER | BEE, RICHARD L--EST | 6/27/1990 | New Hampshire |
| 2:07-CV-63450-ER | BEE, RICHARD L--EST | 6/27/1990 | New Hampshire |
| 2:07-CV-63450-ER | BEE, RICHARD L--EST | 6/27/1990 | New Hampshire |
| 2:07-CV-63451-ER | SHERMAN, GLENN --EST | 8/3/1990 | New Hampshire |
| 2:07-CV-63451-ER | SHERMAN, GLENN --EST | 8/3/1990 | New Hampshire |
| 2:07-CV-63451-ER | SHERMAN, GLENN --EST | 8/3/1990 | New Hampshire |
| 2:07-CV-63451-ER | SHERMAN, GLENN --EST | 8/3/1990 | New Hampshire |
| 2:07-CV-63451-ER | SHERMAN, GLENN --EST | 8/3/1990 | New Hampshire |
| 2:07-CV-63452-ER | PERLEY JR, ARTHUR | 11/28/1990 | New Hampshire |
| 2:07-CV-63452-ER | PERLEY JR, ARTHUR | 11/28/1990 | New Hampshire |
| 2:07-CV-63452-ER | PERLEY JR, ARTHUR | 11/28/1990 | New Hampshire |
| 2:07-CV-63452-ER | PERLEY JR, ARTHUR | 11/28/1990 | New Hampshire |
| 2:07-CV-63453-ER | BROWN, EARL F--EST | 3/12/1991 | New Hampshire |
| 2:07-CV-63453-ER | BROWN, EARL F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63453-ER | BROWN, EARL F--EST | 3/12/1991 | New Hampshire |
| 2:07-CV-63453-ER | BROWN, EARL F--EST | 10/20/1992 | New Hampshire |
| 2:07-CV-63457-ER | PANTELAKOS, JAMES --EST | 9/13/1991 | New Hampshire |
| 2:07-CV-63457-ER | PANTELAKOS, JAMES --EST | 9/13/1991 | New Hampshire |
| 2:07-CV-63457-ER | PANTELAKOS, JAMES --EST | 9/13/1991 | New Hampshire |
| 2:07-CV-63458-ER | THIBEAULT, ROBERT | 9/13/1991 | New Hampshire |

| Case Number | Name | Date | State |
|---|---|---|---|
| 2:07-CV-63458-ER | THIBEAULT, ROBERT | 9/13/1991 | New Hampshire |
| 2:07-CV-63458-ER | THIBEAULT, ROBERT | 9/13/1991 | New Hampshire |
| 2:07-CV-63458-ER | THIBEAULT, ROBERT | 9/13/1991 | New Hampshire |
| 2:07-CV-63458-ER | THIBEAULT, ROGER | 9/13/1991 | New Hampshire |
| 2:07-CV-63458-ER | THIBEAULT, ROGER | 9/13/1991 | New Hampshire |
| 2:07-CV-63458-ER | THIBEAULT, ROGER | 9/13/1991 | New Hampshire |
| 2:07-CV-63459-ER | GOMES, GERALD | 9/13/1991 | New Hampshire |
| 2:07-CV-63459-ER | GOMES, GERALD | 9/13/1991 | New Hampshire |
| 2:07-CV-63459-ER | GOMES, GERALD | 9/13/1991 | New Hampshire |
| 2:07-CV-63461-ER | CARLE SR, LIONEL J | 9/17/1991 | New Hampshire |
| 2:07-CV-63461-ER | CARLE SR, LIONEL J | 9/17/1991 | New Hampshire |
| 2:07-CV-63461-ER | CARLE SR, LIONEL J | 9/17/1991 | New Hampshire |
| 2:07-CV-63461-ER | CARLE SR, LIONEL J | 9/17/1991 | New Hampshire |
| 2:07-CV-63462-ER | TROVATO, RUDOLPH --EST | 9/17/1991 | New Hampshire |
| 2:07-CV-63462-ER | TROVATO, RUDOLPH --EST | 9/17/1991 | New Hampshire |
| 2:07-CV-63462-ER | TROVATO, RUDOLPH --EST | 9/17/1991 | New Hampshire |
| 2:07-CV-63463-ER | ROBERTSON, JAMES A | 9/18/1991 | New Hampshire |
| 2:07-CV-63463-ER | ROBERTSON, JAMES A | 9/18/1991 | New Hampshire |
| 2:07-CV-63463-ER | ROBERTSON, JAMES A | 9/18/1991 | New Hampshire |
| 2:07-CV-63464-ER | BROWN, GORDON R | 10/3/1991 | New Hampshire |
| 2:07-CV-63464-ER | BROWN, GORDON R | 10/3/1991 | New Hampshire |
| 2:07-CV-63464-ER | BROWN, GORDON R | 10/3/1991 | New Hampshire |
| 2:07-CV-63464-ER | BROWN, GORDON R | 10/3/1991 | New Hampshire |
| 2:07-CV-63465-ER | FRENCH, ROGER W | 1/15/1992 | New Hampshire |
| 2:07-CV-63465-ER | FRENCH, ROGER W | 1/15/1992 | New Hampshire |
| 2:07-CV-63465-ER | FRENCH, ROGER W | 1/15/1992 | New Hampshire |
| 2:07-CV-63466-ER | L'ITALIEN, RODNEY | 1/9/1992 | New Hampshire |
| 2:07-CV-63466-ER | L'ITALIEN, RODNEY | 1/9/1992 | New Hampshire |
| 2:07-CV-63466-ER | L'ITALIEN, RODNEY | 1/9/1992 | New Hampshire |
| 2:07-CV-63467-ER | MCMANUS JR, THOMAS | 1/21/1992 | New Hampshire |
| 2:07-CV-63467-ER | MCMANUS JR, THOMAS | 1/21/1992 | New Hampshire |
| 2:07-CV-63467-ER | MCMANUS JR, THOMAS | 1/21/1992 | New Hampshire |
| 2:07-CV-63467-ER | MCMANUS JR, THOMAS | 1/21/1992 | New Hampshire |
| 2:07-CV-63468-ER | WALKER, CARL | 2/19/1992 | New Hampshire |
| 2:07-CV-63468-ER | WALKER, CARL | 2/19/1992 | New Hampshire |
| 2:07-CV-63468-ER | WALKER, CARL | 2/19/1992 | New Hampshire |
| 2:07-CV-63468-ER | WALKER, CARL | 2/19/1992 | New Hampshire |
| 2:07-CV-63469-ER | ANELLO, BRUNO J--EST | 5/10/1988 | New Hampshire |
| 2:07-CV-63470-ER | DREW, ROBERT N | 3/11/1992 | New Hampshire |
| 2:07-CV-63474-ER | ROBERTSON, JOHN R--EST | 7/1/1992 | New Hampshire |
| 2:07-CV-63474-ER | ROBERTSON, JOHN R--EST | 7/1/1992 | New Hampshire |
| 2:07-CV-63474-ER | ROBERTSON, JOHN R--EST | 7/1/1992 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |

| Case Number | Name | Date | State |
|---|---|---|---|
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63475-ER | DUNN, MARK M--EST | 1/6/1993 | New Hampshire |
| 2:07-CV-63477-ER | LEMIRE, RAYMOND --EST | 2/24/1993 | New Hampshire |
| 2:07-CV-63477-ER | LEMIRE, RAYMOND --EST | 2/24/1993 | New Hampshire |
| 2:07-CV-63477-ER | LEMIRE, RAYMOND --EST | 2/24/1993 | New Hampshire |
| 2:07-CV-63477-ER | LEMIRE, RAYMOND --EST | 2/24/1993 | New Hampshire |
| 2:07-CV-63477-ER | LEMIRE, RAYMOND --EST | 2/24/1993 | New Hampshire |
| 2:07-CV-63479-ER | PARRY, MICHAEL | 3/26/1993 | New Hampshire |
| 2:07-CV-63479-ER | PARRY, MICHAEL | 3/26/1993 | New Hampshire |
| 2:07-CV-63479-ER | PARRY, MICHAEL | 3/26/1993 | New Hampshire |
| 2:07-CV-63479-ER | PARRY, MICHAEL | 3/26/1993 | New Hampshire |
| 2:07-CV-63479-ER | PARRY, MICHAEL | 3/26/1993 | New Hampshire |
| 2:07-CV-63479-ER | PARRY, MICHAEL | 3/26/1993 | New Hampshire |
| 2:07-CV-63481-ER | FORBES, MICHAEL | 11/4/1993 | New Hampshire |
| 2:07-CV-63481-ER | FORBES, MICHAEL | 11/4/1993 | New Hampshire |
| 2:07-CV-63483-ER | CHAMPIGNY, PAUL | 2/10/1994 | New Hampshire |
| 2:07-CV-63483-ER | CHAMPIGNY, PAUL | 2/10/1994 | New Hampshire |
| 2:07-CV-63483-ER | CHAMPIGNY, PAUL | 2/10/1994 | New Hampshire |
| 2:07-CV-63483-ER | CHAMPIGNY, PAUL | 2/10/1994 | New Hampshire |
| 2:07-CV-63486-ER | SANBORN, ALFRED | 6/7/1994 | New Hampshire |
| 2:07-CV-63486-ER | SANBORN, ALFRED | 6/7/1994 | New Hampshire |
| 2:07-CV-63486-ER | SANBORN, ALFRED | 6/7/1994 | New Hampshire |
| 2:07-CV-63486-ER | SANBORN, ALFRED | 6/7/1994 | New Hampshire |
| 2:07-CV-63487-ER | GOODEN, RAYMOND | 3/8/1995 | New Hampshire |
| 2:07-CV-63488-ER | KOWALSKI, RUDOLPH --EST | 3/21/1995 | New Hampshire |
| 2:07-CV-63488-ER | KOWALSKI, RUDOLPH --EST | 3/21/1995 | New Hampshire |
| 2:07-CV-63488-ER | KOWALSKI, RUDOLPH --EST | 3/21/1995 | New Hampshire |
| 2:07-CV-63488-ER | KOWALSKI, RUDOLPH --EST | 3/21/1995 | New Hampshire |
| 2:07-CV-63488-ER | KOWALSKI, RUDOLPH --EST | 3/21/1995 | New Hampshire |
| 2:07-CV-63489-ER | ALEXANDER, FRANCES --EST | 4/21/1995 | New Hampshire |
| 2:07-CV-63489-ER | ALEXANDER, FRANCES --EST | 4/21/1995 | New Hampshire |
| 2:07-CV-63489-ER | ALEXANDER, FRANCES --EST | 4/21/1995 | New Hampshire |
| 2:07-CV-63489-ER | ALEXANDER, FRANCES --EST | 4/21/1995 | New Hampshire |
| 2:07-CV-63489-ER | ALEXANDER, FRANCES --EST | 4/21/1995 | New Hampshire |
| 2:07-CV-63489-ER | ALEXANDER, FRANCES --EST | 4/21/1995 | New Hampshire |
| 2:07-CV-63489-ER | ALEXANDER, FRANCES --EST | 4/21/1995 | New Hampshire |
| 2:07-CV-63490-ER | TAFE, FRANK E--EST | 8/3/1995 | New Hampshire |
| 2:07-CV-63490-ER | TAFE, FRANK E--EST | 8/3/1995 | New Hampshire |
| 2:07-CV-63490-ER | TAFE, FRANK E--EST | 8/3/1995 | New Hampshire |
| 2:07-CV-63490-ER | TAFE, FRANK E--EST | 8/3/1995 | New Hampshire |
| 2:07-CV-63492-ER | SABOL SR, JOSEPH P--EST | 1/18/1996 | New Hampshire |
| 2:07-CV-63492-ER | SABOL SR, JOSEPH P--EST | 1/18/1996 | New Hampshire |
| 2:07-CV-63492-ER | SABOL SR, JOSEPH P--EST | 1/18/1996 | New Hampshire |
| 2:07-CV-63493-ER | BURKE, CHRISTOPHER | 2/15/1996 | New Hampshire |
| 2:07-CV-63493-ER | BURKE, CHRISTOPHER | 2/15/1996 | New Hampshire |

| Case Number | Name | Date | State |
|---|---|---|---|
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63494-ER | KERAVICH, PETER | 8/1/1996 | New Hampshire |
| 2:07-CV-63499-ER | PEMBERTON, ROBERT L | 12/31/1997 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63501-ER | BOWEN, ELWOOD W--EST | 11/25/1998 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 11/10/1985 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 11/10/1985 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 7/30/1999 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 11/10/1985 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 11/10/1985 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 1/18/1990 | New Hampshire |
| 2:07-CV-63502-ER | ST GERMAIN, REGINALD N--EST | 11/10/1985 | New Hampshire |
| 2:07-CV-63503-ER | MARNEY, HUBERT --EST | 2/28/2000 | New Hampshire |
| 2:07-CV-63503-ER | MARNEY, HUBERT --EST | 2/28/2000 | New Hampshire |
| 2:07-CV-63503-ER | MARNEY, HUBERT --EST | 2/28/2000 | New Hampshire |
| 2:07-CV-63503-ER | MARNEY, HUBERT --EST | 2/28/2000 | New Hampshire |
| 2:07-CV-63503-ER | MARNEY, HUBERT --EST | 2/28/2000 | New Hampshire |
| 2:07-CV-63846-ER | BOULETTE, JAMES E | 10/15/1991 | Maine |
| 2:07-CV-63846-ER | BOULETTE, JAMES E | 10/15/1991 | Maine |
| 2:07-CV-63847-ER | RINES, ROBERT --EST | 1/13/1992 | Maine |
| 2:07-CV-63847-ER | RINES, ROBERT --EST | 1/13/1992 | Maine |
| 2:07-CV-63847-ER | RINES, ROBERT --EST | 1/13/1992 | Maine |
| 2:07-CV-63850-ER | PUSHARD SR, RICHARD N--EST | 1/19/1993 | Maine |

| Case Number | Name | Date | State |
|---|---|---|---|
| 2:07-CV-63850-ER | PUSHARD SR, RICHARD N--EST | 1/19/1993 | Maine |
| 2:07-CV-63851-ER | MARTIN, LEO | 1/19/1993 | Maine |
| 2:07-CV-63851-ER | MARTIN, LEO | 1/19/1993 | Maine |
| 2:07-CV-63851-ER | MARTIN, LEO | 1/19/1993 | Maine |
| 2:07-CV-63851-ER | MARTIN, LEO | 1/19/1993 | Maine |
| 2:07-CV-63852-ER | CASEY, HAROLD C | 1/21/1993 | Maine |
| 2:07-CV-63852-ER | CASEY, HAROLD C | 1/21/1993 | Maine |
| 2:07-CV-63852-ER | CASEY, HAROLD C | 1/21/1993 | Maine |
| 2:07-CV-63854-ER | THIBEAU, SIMON | 1/21/1993 | Maine |
| 2:07-CV-63854-ER | THIBEAU, SIMON | 1/21/1993 | Maine |
| 2:07-CV-63855-ER | PLETTS, RICHARD --EST | 1/22/1993 | Maine |
| 2:07-CV-63855-ER | PLETTS, RICHARD --EST | 1/22/1993 | Maine |
| 2:07-CV-63856-ER | WINTERS, PAUL --EST | 1/22/1993 | Maine |
| 2:07-CV-63856-ER | WINTERS, PAUL --EST | 1/22/1993 | Maine |
| 2:07-CV-63861-ER | SPRAGUE, LESTER R | 1/3/1994 | Maine |
| 2:07-CV-63862-ER | ALBERT, EDWARD --EST | 1/11/1994 | Maine |
| 2:07-CV-63862-ER | ALBERT, EDWARD --EST | 1/11/1994 | Maine |
| 2:07-CV-63864-ER | MCLAUGHLIN SR, JAMES L--EST | 1/13/1994 | Maine |
| 2:07-CV-63866-ER | MARQUIS, ROBERT | 1/14/1994 | Maine |
| 2:07-CV-63867-ER | SAINIO, SULO --EST | 1/14/1994 | Maine |
| 2:07-CV-63867-ER | SAINIO, SULO --EST | 1/14/1994 | Maine |
| 2:07-CV-63868-ER | COLEMAN, THOMAS | 1/18/1994 | Maine |
| 2:07-CV-63868-ER | COLEMAN, THOMAS | 1/18/1994 | Maine |
| 2:07-CV-63873-ER | COTE, GEORGE | 4/27/1994 | Maine |
| 2:07-CV-63873-ER | COTE, GEORGE | 4/27/1994 | Maine |
| 2:07-CV-63873-ER | COTE, GEORGE | 4/27/1994 | Maine |
| 2:07-CV-63873-ER | COTE, GEORGE | 4/27/1994 | Maine |
| 2:07-CV-63873-ER | COTE, PAUL E--EST | 3/25/1994 | Maine |
| 2:07-CV-63873-ER | COTE, PAUL E--EST | 3/25/1994 | Maine |
| 2:07-CV-63874-ER | SABOL JR, JOSEPH --EST | 3/25/1994 | Maine |
| 2:07-CV-63874-ER | SABOL JR, JOSEPH --EST | 3/25/1994 | Maine |
| 2:07-CV-63874-ER | SABOL JR, JOSEPH --EST | 3/25/1994 | Maine |
| 2:07-CV-63875-ER | CAOUETTE, ALBERT L--EST | 6/3/1994 | Maine |
| 2:07-CV-63875-ER | CAOUETTE, ALBERT L--EST | 6/3/1994 | Maine |
| 2:07-CV-63875-ER | CAOUETTE, ALBERT L--EST | 6/3/1994 | Maine |
| 2:07-CV-63875-ER | CAOUETTE, ALBERT L--EST | 6/3/1994 | Maine |
| 2:07-CV-63876-ER | RATLEDGE, JOSEPH R--EST | 6/3/1994 | Maine |
| 2:07-CV-63876-ER | RATLEDGE, JOSEPH R--EST | 6/3/1994 | Maine |
| 2:07-CV-63876-ER | RATLEDGE, JOSEPH R--EST | 6/3/1994 | Maine |
| 2:07-CV-63881-ER | LANGUET, LAURIER F--EST | 2/27/1997 | Maine |
| 2:07-CV-63881-ER | LANGUET, LAURIER F--EST | 2/27/1997 | Maine |
| 2:07-CV-63881-ER | LANGUET, LAURIER F--EST | 2/27/1997 | Maine |
| 2:07-CV-63882-ER | YOUNG, ARTHUR B | 12/9/1997 | Maine |
| 2:07-CV-63882-ER | YOUNG, ARTHUR B | 12/9/1997 | Maine |
| 2:07-CV-63882-ER | YOUNG, ARTHUR B | 12/9/1997 | Maine |
| 2:07-CV-63882-ER | YOUNG, ARTHUR B | 12/9/1997 | Maine |
| 2:07-CV-63882-ER | YOUNG, ARTHUR B | 12/9/1997 | Maine |
| 2:07-CV-63882-ER | YOUNG, ARTHUR B | 12/9/1997 | Maine |